

# Missouri Court of Appeals
### Southern District

**JULY 30, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD33726

Re:    In the Matter of N.M.M.,  a minor child
MICHAEL SCHEIBLEY and
JEANETTE SCHEIBLEY, husband
and wife,
Petitioners.